IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

COMBINED INSURANCE COMPANY
OF AMERICA                                                         PLAINTIFF

v.                          No. 3:12-cv-254-DPM

DAVID W. THOMAS and
DEBBIE L. THOMAS                                                   DEFENDANTS

and

COMBINED INSURANCE COMPANY
OF AMERICA                                                         PLAINTIFF

v.                          No. 4:14-mc-7-DPM

DEBORAH L. THOMAS                                                  DEFENDANT

UNITED STATES TRUSTEE                                              TRUSTEE

ORDER

1. Combined Insurance Company of America's motion to withdraw the reference in Case No. 4:14-mc-7, № 2, is granted. Whether Deborah Thomas's debt to Combined Insurance is dischargeable in bankruptcy or not involves the same set of facts already before this Court in a related Case, No. 3:12-cv-

254. Considering all the circumstances, Combined Insurance has shown cause for a discretionary withdrawal under the statute. 28 U.S.C. § 157(d).

2. In September 2013, this Court stayed Case No. 3:12-cv-254 because Combined Insurance was unable to identify the proper party for substitution after David Thomas's death. The stay is lifted. Status report on the substitution issue due by 31 July 2014.

3. Consolidating the cases is the best way to resolve the parties' dispute and promote the efficient use of the parties' and the Court's resources. Case No. 4:14-mc-7 is therefore consolidated with Case No. 3:12-cv-254. The older case shall be the lead case. An Initial Scheduling Order will issue.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

7 July 2014